UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

SHEILA CHRISTINE BAKER,           )
                                  )
        Plaintiff                 )
                                  )
    vs.                           )   Case No.   5:16-cv-01458-MHH
                                  )
COMMISSIONER, SOCIAL SECURITY     )
ADMINISTRATION,                   )
                                  )
        Defendant                 )

## **MEMORANDUM OPINION**

On March 15, 2018, the magistrate judge entered a report in which he recommended that the Court reverse the Commissioner's decision and remand the case to the Commissioner for consideration of the Office of Personnel Management's disability determination consistent with SSR 06-03p and applicable case law. (Doc. 13, p. 27). No party has filed objections to the magistrate judge's report and recommendation.

A district court "may accept, reject, or modify, in whole or part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). A district court reviews legal conclusions in a report *de novo* and reviews for plain error factual findings to which no objection is made. *Garvey v. Vaughn*, 993 F.2d 776, 779 n.9 (11th Cir. 1993); *see also LoConte v. Dugger*, 847 F.2d 745, 749 (11th

Cir. 1988); *Macort v. Prem, Inc.*, 208 Fed. Appx. 781, 784 (11th Cir. 2006).

The Court has considered the record, including the magistrate judge's report and recommendation. The magistrate judge correctly found that the ALJ committed reversible error by omitting from the disability analysis a discussion of another agency's disability determination, the weight accorded such determination, and the reasons for the weight assigned. (Doc. 13, pp. 6-13). Therefore, the Court adopts the magistrate judge's finding and remands this case for further proceedings consistent with that finding.[1]

The Court will enter a separate order consistent with this memorandum opinion.

**DONE** and **ORDERED** this April 30, 2018.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE

---

[1] The Court has not considered the balance of the magistrate judge's analysis because the Court finds that the error discussed above, standing alone, warrants remand.